# EXHIBIT B

## Orlando Outdoors Landscape Nursery

5001 West Sand Lake Rd.

Orlando, Fl 32819

Ph 407-909-1835    fx 407-352-0409

In regards to the case of Karilynn Brenda Miera vs. Orlando Outdoors & Dan Vandestreek for overtime wages. Karilynn Brenda Miera agrees to settle out of court and accept eight thousand dollars $8,000.00 from Dan Vandestreek. This amount will cover all attorney fees, and other expenses regarding this matter. This is to settle any overtime wages Karilynn feels are owed to her. Karilynn Brenda Miera is responsible for all attorney fees associated with Michael Hanna with Morgan and Morgan, and any other fees or invoices incurred regading this matter from her legal counsel. Karilynn Brenda Miera agrees that she will not in any way contact Orlando Outdoors or Dan Vandestreeks for any additional monies.

_____    1/30/15
Karilynn Brenda Miera                                       Date

_____    1-30-15
Dan Vandestreek  Orlando Outdoors                Date

_____    1/30/15
Notary Stephanie M. McMullen                         Date

The above, Karilynn B. Miera and Dan Vandestreek, both appeared before me on January 30, 2015 and produced Florida DL as identification.

STEPHANIE M. MCMULLEN
MY COMMISSION # FF 126149
EXPIRES: May 26, 2018
Bonded Thru Notary Public Underwriters